# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

**UNITED STATES OF AMERICA,**

**Plaintiff,**

-vs                                                Case No. 3:18-CR-177

**JAMES RAPIER,**

**Defendant.**

## RESTITUTION ORDER

On April 28, 2019, Defendant James Rapier was sentenced to a term of imprisonment followed by a term of supervision, forfeiture of property and a Special Assessment totaling $300.00 (Doc. No. 34). Pursuant to 18 U.S.C. § 3664(g)(1) restitution was not ordered. (Doc. No. 35) Further, on October 27, 2021, the Government filed a Satisfaction of Criminal Judgment (Doc. No. 36).

It has been brought to the Court's attention that, due to a clerical error, victim restitution was collected from the Defendant in the amount of $1029.27 by the United States Attorney's Financial Litigation Unit through the Treasury Offset Program. As victim restitution was not ordered, those excess funds collected should be returned to the Defendant. Therefore, it is the ORDER of the Court that a Reverse Treasury Offset be issued by the United States Attorney's Financial Litigation Unit, refunding excess fees collected from Defendant, James Rapier, in the amount of $1029.27.

**IT IS SO ORDERED.**

Dated: January 30, 2025

THOMAS M. ROSE, JUDGE
UNITED STATES DISTRICT COURT